## UNITED STATES DISTRICT COURT
### Western District of Arkansas
### U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

February 18, 2009

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

*FEB 1 8 2009*

    **RE:**    **BELVEDERE, Orest**
                 **Docket No.: 3:05CR30006-001**
                 <u>**VIOLATION REPORT**</u>

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision of the above-named offender. Belvedere was sentenced by Your Honor on September 25, 2006, for Felon in Possession of a Firearm, to 30 months in prison, three years of supervised release, $100 special assessment, and special conditions of drug testing and/or drug treatment, mental health counseling and/or treatment, and a search condition.

On July 2, 2008, Belvedere's term of supervised release commenced in the Western District of Arkansas. It should be noted that Belvedere was released on parole the same day to the supervision of a parole officer with the Arkansas Department of Community Corrections. Belvedere had been serving a 10-year sentence in the Arkansas Department of Correction for Manufacture, Delivery, Possession of a Controlled Substance.

On January 20, 2009, I received an electronic mail notification that Belvedere had been booked into the Marion County Jail in Yellville, Arkansas, for parole violations brought forth by the Arkansas Department of Community Corrections. The offender's state parole officer contacted me a short time later and advised that Belvedere had been detained for submitting a urine specimen that tested positive for marijuana and for using a false identity. The officer advised that Belvedere was using his cousin's name and Social Security number. The parole officer further advised that Belvedere would remain in custody pending a parole revocation hearing.

Orest Belvedere
February 18, 2009
Page Two

On February 9, 2009, I made contact with Belvedere at the Marion County Jail. Belvedere admitted to smoking marijuana within the past month. He said that he was using his cousin's name and Social Security number because that was the name they had him under in the Arkansas Department of Correction system. He advised that he did not notify the Arkansas Department of Community Corrections that his name and Social Security number were incorrect because he did not want it to affect his supervision.

On February 11, 2009, I made contact with Belvedere's parole officer in Harrison, Arkansas. He provided me with copies of Belvedere's revocation paperwork. The paperwork indicated that on February 9, 2009, Belvedere's parole was revoked. Belvedere was ordered returned to the Arkansas Department of Correction, and he is scheduled to appear before the Arkansas Board of Parole sometime during August of 2009.

Belvedere has violated conditions of his supervised release for using his cousin's identity and using marijuana. Contact was made with the Bull Shoals Police Department and they advised that they are not going to pursue charges for identity theft because Belvedere's parole was revoked. I will continue to monitor the status of the offender's parole hearings. However, it is recommended that a warrant be issued in order to address the above violations once Belvedere is released from state custody. I have attached a petition with this letter. If further information is needed or required, please advise.

Respectfully submitted,

Trent M. Thompson
U.S. Probation Officer

✓ Issue a Warrant

___ Take No Action

___ Other _____

Reviewed by:

William E. Dunn Jr.
Supervising U.S. Probation Officer

2/19/09

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. DISTRICT
WESTERN DISTRICT ARKANSAS
FILED

FEB 19 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK