✎AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| OREST BELVEDERE | Case Number:   3:05CR30006-001 |
|  | USM Number:   07516-010 |
|  | Jack Schisler |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   pleaded guilty to violation of condition(s)  __New Law Violation and Standard Condition #7__  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Identity Theft of Cousin's Name and SSN on and/or before 01/20/2009 | 01/20/2009 |
| Standard Condition #7 | Failure to Abstain from Marijuana Use during Term of Supervised Release | 01/20/2009 |

The defendant is sentenced as provided on page __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

X  The defendant has not violated condition(s) __New Law Violation of Theft of Property__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | XXX-XX-4359 | November 23, 2009 |
|---|---|---|
|  |  | Date of Imposition of Judgment |
| Defendant's Date of Birth: | XX/XX/1958 |  |
|  |  | /S/ Jimm Larry Hendren |
|  |  | Signature of Judge |
| Defendant's Residence Address: |  |  |
| XXXXXXXXXXXXXXXX |  |  |
| Bull Shoals, AR 72619 |  | Honorable Jimm Larry Hendren, Chief U.S. District Judge |
|  |  | Name and Title of Judge |
|  |  |  |
|  |  | November 23, 2009 |
|  |  | Date |
| Defendant's Mailing Address: |  |  |
| Same as above |  |  |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      OREST BELVEDERE
CASE NUMBER:    3:05CR30006-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    **seven (7) months.  No supervision will follow term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X   before 2 p.m. on   _Monday, January 4, 2010_  .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL